# EXHIBIT 1



**24-CI-01952**

### *ALFORD, PINKIE VS. AMAZON SERVICES LLC ET AL*

**HARDIN CIRCUIT COURT**
Filed on **11/02/2024** as **PREMISES LIABILITY** with **HON. LARRY ASHLOCK**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 24-CI-01952 |
|---|---|

*PREMISES LIABILITY*

| Parties | 24-CI-01952 |
|---|---|

**ALFORD, PINKIE** as **PLAINTIFF / PETITIONER**

**Address**

74890 PRESSLOR GROVE
UNIT E
FORT KNOX KY 40121

**AMAZON SERVICES LLC** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Address**

410 TERRY AVENUE NORTH
SEATTLE WA 98109

**Summons**

**CIVIL SUMMONS** issued on **11/02/2024** served / recalled on **11/08/2024** by way of **CERTIFIED MAIL**
*92360901940383864251055Successful*

**DEFENDANT, UNKNOWN** as **DEFENDANT / RESPONDENT**

**Summons**

**CIVIL SUMMONS** issued on **11/02/2024** by way of **RETURNED TO ATTORNEY/PETITIONER**

**GRAHAM, CHAD** as **ATTORNEY FOR PLAINTIFF**

**Address**

CHAD GRAHAM ATTORNEY AT LAW
539 W. MARKET STREET, SUITE 300
LOUISVILLE KY 40203

**SHOEMAKER, JONATHON TREY** as **ATTORNEY FOR DEFENDANT**

**Address**

WILSON ELSER
100 MALLARD CREEK ROAD - SUITE 250
LOUISVILLE KY 40207

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is AMAZON SERVICES LLC

**Address**

421 WEST MAIN STREET
FRANKFORT KY 40601

| Documents | 24-CI-01952 |
|---|---|

**COMPLAINT / PETITION** filed on **11/02/2024**
*COMPLAINT*

| | |
|---|---|
| **CIVIL CASE COVER SHEET** filed on **11/02/2024**<br>*ADDITIONAL DOCUMENT* | |
| **ANSWER** filed on **01/07/2025** | |
| **NOTICE – OTHER** filed on **01/15/2025**<br>*NOTICE OF SERVICE* | |
| **TENDERED DOCUMENT** filed on **04/21/2025** | |
| **ORDER TO COMPEL** entered on **04/30/2025**<br>*ORD THAT AMAZON DEFS' MOTION TO COMPEL PLAINTIFF PINKIE ALFORDS DISC RESPONSES IS GRANTED. PLAINTIFF HAS UP TO &<br>UNTIL 05-13-25 TO PROVIDE HER RESPONSES TO INTERR, REQ FOR PROD;SEE ORD. CC:CGRAHAM,FCM;KL* | |

| Events | 24-CI-01952 |
|---|---|

**MOTION HOUR** scheduled for **04/29/2025 08:30 AM** in room **\*\*\*\*\*\*** with **HON. LARRY ASHLOCK**

**Motions**
- **MOTION TO COMPEL** filed on **04/21/2025** by **AD**
*MOTION TO COMPEL PLAINTIFF, PINKIE ALFORDS DISCOVERY RESPONSES W/TE ND ORDER*

| Images | 24-CI-01952 |
|---|---|

| | |
|---|---|
| **COMPLAINT / PETITION** filed on **11/02/2024**   *Page(s): 4* | |
| **SUMMONS** filed on **11/02/2024**   *Page(s): 1* | |
| **SUMMONS** filed on **11/02/2024**   *Page(s): 1* | |
| **CIVIL CASE COVER SHEET** filed on **11/02/2024**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **11/02/2024**   *Page(s): 1* | |
| **SUMMONS – RETURN OF SERVICE** filed on **11/11/2024**   *Page(s): 2* | |
| **ANSWER** filed on **01/07/2025**   *Page(s): 5* | |
| **NOTICE – OTHER** filed on **01/15/2025**   *Page(s): 2* | |
| **MOTION TO COMPEL** filed on **04/21/2025**   *Page(s): 30* | |
| **TENDERED DOCUMENT** filed on **04/21/2025**   *Page(s): 2* | |
| **ORDER TO COMPEL** filed on **04/30/2025**   *Page(s): 2* | |

**\*\*\*\* End of Case Number : 24-CI-01952 \*\*\*\***

24-CI-01952    11/02/2024

NOT ORIGINAL DOCUMENT
06/12/2025 10:29:10 AM
TREY.SHOEMAKER@WILSONELSER

AOC-104          Doc. Code: CCCS
Rev. 1-24
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    *www.kycourts.gov*

**CIVIL CASE COVER SHEET**



Case  No.: _____

Court: _____

County: _____

Division: _____

PLAINTIFF/PETITIONER *OR* IN RE/IN THE INTEREST OF:

_____

DEFENDANT/RESPONDENT, *if applicable:*

_____

Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:**   Place a "X" to the left of the **_ONE_** case category that most accurately describes your **_PRIMARY CASE_**.  If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS** *\*eFile Only*

Dissolution/Divorce with Children (DISSOC)

Dissolution/Divorce without Children (DISSO)

Paternity (PA)

Custody (CUSTO)

Child Support IV-D (SUPIV)

Child Support Private Non IV-D (SUPPRI)

URESA/UIFSA (UR)

Visitation/Parenting Time (VISIT)

Voluntary Termination of Parental Rights (VTPR)

Involuntary Termination of Parental Rights (ITPR)

Adoption (ADPT)

Other: (DFOTH) *\*eFile not required*

_____

**PROBATE / ESTATE** *\*eFile Only*

Guardianship-Adult (GCADLT) *\*eFile not required*

Guardianship-Juvenile (GCJUV)

Adult Conservatorship - Trusteeship (CONSVA)

Juvenile Conservatorship - Trusteeship (CONSVJ)

Probate-Testate (with a will) (PBTEST)

Probate-Intestate (without a will) (PBINT)

Petition to Dispense with Administration (PBDIS)

Name Change (NC)

Will Contest (WC)

Other: (PBOTH) *\*eFile not required*

**TORT** (Injury) *\*eFile Only*

Automobile (AUTO)

Intentional (INTENT)

Malpractice-Medical (MDML)

Malpractice-Other (MLOTH)

_____

Premises Liability (PREM)

Product Liability (PROD)

Property Damage (PD)

Slander/Libel/Defamation (SLAND)

Other: (PIOTH)

_____

_____

**REAL PROPERTY**

Abandoned and Blighted Property Conservatorship (PC) *\*eFile Only*

Property Rights (PR) *\*eFile Only*

Condemnation (DOMAIN)

Forcible Detainer - Eviction (FD) *\*eFile Only*

Forcible Entry (FENTRY)

Foreclosure (FCL) *\*eFile Only*

Other: (COOTH) *\*eFile Only*

**EMPLOYMENT** *\*eFile Only*

Employment-Discrimination (DSCR)

Employment-Other (DISPU)

_____

**CONSUMER** *\*eFile Only*

Seller Consumer Goods (DEBTG)

Seller Consumer Services (DEBTS)

Buyer Consumer Goods (BUYERG)

Buyer Consumer Services (BUYERS)

Credit Card Debt (CREDIT)

Fraud (FRAUD)

Other: (COOTH)

_____

**APPEALS**

Appeal from Administrative Agency (AB)

Appeal from District Court (XI)

Other: (OTH)

_____

**MISC CIVIL**

Constitutional Challenge (CCHAL)

Habeas Corpus (HABEAS)

Non-Domestic Relations Restraining Order (IP)

Tax (TAX)

Writs (WRITS)

Other: (OTH) _____

**BUSINESS/COMMERCIAL** *\*eFile Only*

Business Tort (BCPI)

Statutory Action (BCSA)

Business Contract Dispute (BCCO)

Other: (BCOTH) _____

Presiding Judge: HON. LARRY ASHLOCK (609463)

CCCS : 000001 of 000001

NOT ORIGINAL DOCUMENT
06/12/2025 10:27:05 AM
TREY.SHOEMAKER@WILSONELSER

CASE NO:                                                    **HARDIN CIRCUIT COURT**
                                                                   **DIVISION_____**


**PINKIE ALFORD**                                                  **PLAINTIFF**


**v.**                          **COMPLAINT**


**AMAZON.COM SERVICES LLC**                                 **DEFENDANT**
**d/b/a AMAZON.COM, d/b/a AMAZON RETAIL LLC,**
**d/b/a AMAZON LOGISTICS SERVICES LLC,**
**d/b/a AMAZON OPERATIONS SERVICES LLC**

**SERVE: Corporation Service Company**
        **421 West Main Street**
        **Frankfort, KY 40601**

**UNKNOWN DEFENDANT**

**SERVE:  Warning Order Attorney**


     **COMES** the Plaintiff, Pinkie Alford, and for her cause of action against Defendant

Jeremy Shields states as follows:


     1.     Plaintiff Pinkie Alford is and was at all times relevant to this complaint a resident

of 7489 Presslor Grove, Unit E Fort Knox, KY 40121.

     2.     That to the best of Plaintiff's knowledge, Defendant is a for profit corporation

with a principal office in the state of Washington, 410 Terry Avenue North, Seattle, WA 98109,

with a principal place of business address of 410 Terry Avenue North, Seattle WA, 98109, and

which conducts business throughout the state of Kentucky, including in Hardin County

Kentucky.

     3.     The Unknown Defendant in this matter is an unnamed and unknown employee of

the Defendant, Amazon.com Services, LLC.

Filed    24-CI-01952    11/02/2024    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:27:05 AM
TREY.SHOEMAKER@WILSONELSER

4.      That all of the causes of actions complained of herein occurred in Hardin County Kentucky and therefore venue is proper in this jurisdiction.

4.      That this is a civil action to recover damages in excess of the minimum jurisdictional requirements of this Court.

<div align="center">FACTS</div>

5.      On November 2, 2023, in the afternoon hours, Plaintiff was working at the Ross Dress for Less retail store located at 1950 N. Dixie Hwy Elizabethtown, KY 42701.

6.      At this Ross Dress For Less retail store location, Defendant has placed an Amazon Locker depot where customers are permitted to pick up packages purchased on Amazon.com, in lieu of home delivery.

7.      As Plaintiff was walking nearby the Amazon.com locker row, an unnamed Amazon.com delivery driver opened a locker door suddenly and without warning, and struck her in the shoulder with the door, causing her physical injury and pain and suffering.

8.      Plaintiff immediately complained of pain.

9.      Plaintiff reported the incident to her employer Ross Dress for Less.

<div align="center">COUNT I. NEGLIGENCE</div>

10.     Plaintiff hereby restates and re-alleges each allegation contained in this complaint as if set forth fully herein.

11.     Unknown Defendant, owed a duty to use reasonable care to ensure that he opened the door safely with regard to persons walking nearby.

12.     Unknown Defendant breached this duty by failing to use ordinary care under the circumstances to ensure other persons were not in any danger of the door when he opened it.

13.     Plaintiff asserts that the negligent actions by the Unknown Defendant in failing to

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000002 of 000004

Filed          24-CI-01952    11/02/2024          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:27:05 AM
TREY.SHOEMAKER@WILSONELSER

observe the presence of other persons around him in the way of the locker door, including

Plaintiff, were a foreseeable danger to Defendant and therefore caused a dangerous condition to

exist in the store.

14.     Plaintiff asserts that as a direct and proximate result of the conduct of the

Unknown Defendant she was injured, suffering an injury to her shoulder causing suffering

physical and mental pain.

15.     Plaintiff has incurred expenses and damages and losses greater than the

jurisdictional minimum of this Court.

<center>COUNT II. RESPONDEAT SUPERIOR/VICARIOUS LIABILITY</center>

16.     Plaintiff hereby restates and re-alleges each allegation contained in this complaint

as if set forth fully herein.

17.     Unknown Defendant, as set forth above was an employee of the Defendant

Amazon.com Services LLC, at the time of this incident on November 2, 2023.

18.     Unknown Defendant was acting in the furtherance of Defenedant Amazon

Services LLC's business interests and within the scope of his duties when opening the

Amazon.com locker that day, when the injury to Plaintiff occurred.

19.     Defendant Amazon.com Services LLC is liable for the tortious conduct of its

employees while the employee is acting in the furtherance of its business interests and within the

scope of the employee's job duties,

20.     Defendant Amazon.com Services LLC is liable for the torts, including negligence,

of its agents, servants, and/or employees when those torts are committed during the scope of and

in the furtherance of their employment.

**WHEREFORE**, the Plaintiff Demands as follows:

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000003 of 000004

NOT ORIGINAL DOCUMENT
06/12/2025 10:27:05 AM
TREY.SHOEMAKER@WILSONELSER

21.     That the Clerk of the Court issue a copy of this complaint along with a summons

to Defendant Amazon.copm Services LLC,. to their registered service agent, and issue a

summons to the as of now unknown Defendant believed to be employed by Amazon.com

Services LLC.

22.     For judgment against Unknown Defendant and Defendant, Amazon Services

LLC. in an amount sufficient to compensate Plaintiff for physical, mental and emotional pain and

suffering, all medical expenses, including care for physical or psychological injuries, for future

pain and suffering and all other amounts which will fairly and reasonably compensate Plaintiff

for the damages incurred as a result of Defendant's negligence, in an amount to be determined by

a jury at trial.

23.     For all costs incurred herein, including a reasonable attorney's fee;

24.     Punitive damages;

25.     For a trial by jury;

26.     For any pre or post judgment interest permitted by law

27.     And all just and proper relief to which Plaintiff may appear entitled, including the

right to amend this Complaint.

/s/Chad Graham_____
Chad A Graham
Attorney for Plaintiff
539 W. Market Street, Suite 300
Louisville, KY 40202
Telephone# (502) 438-7671
Fax# (502) 582-2296
Chad@glawky.com

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000004 of 000004

**Commonwealth of Kentucky**
**Deanna Simcoe, Hardin Circuit Clerk**

NOT ORIGINAL DOCUMENT
06/12/2025 10:29:26 AM
TREY.SHOEMAKER@WILSONELSER

**Case #:** 24-CI-01952          **Envelope #:** 9179244

**Received From:** CHAD GRAHAM          **Account Of:** CHAD GRAHAM

**Case Title:** ALFORD, PINKIE VS. AMAZON SERVICES LLC AL          **Confirmation Number:** 190844192

**Filed On** 11/2/2024  11:53:16PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $17.82 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $3.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $0.70 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $311.52 |

Generated: 11/4/2024

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>06/12/2025 10:28:38 AM<br>TREY.SHOEMAKER@WILSONELSER<br>Case #: **24-CI-01952**<br>Court: **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* **ALFORD, PINKIE VS. AMAZON SERVICES LLC ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

   **421 WEST MAIN STREET**

   **FRANKFORT, KY 40601**

Memo: Related party is AMAZON SERVICES LLC

The Commonwealth of Kentucky to Defendant:
**AMAZON SERVICES LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Doug Srinsr*

Hardin Circuit Clerk
Date: **11/2/2024**

---

<div align="right">Presiding Judge: HON. LARRY ASHLOCK (609463)</div>

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
                                        Served By

   _____
                                        Title

<div align="right">CI : 000001 of 000001</div>

Summons ID: @00000392225
CIRCUIT: 24-CI-01952 Certified Mail
ALFORD, PINKIE VS. AMAZON SERVICES LLC ET AL



Page 1 of 1

**eFiled**

| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>06/12/2025 10:27:42 AM<br>TREY.SHOEMAKER@WILSONELSER<br><br>Case #: **24-CI-01952**<br>Court: **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* **ALFORD, PINKIE VS. AMAZON SERVICES LLC ET AL**, *Defendant*

### TO:  **UNKNOWN  DEFENDANT**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Hardin Circuit Clerk
Date: **11/2/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20 _____        _____
                                                        Served By

                                                        _____
                                                        Title

Presiding Judge: HON. LARRY ASHLOCK (609463)

CI : 000001 of 000001

Summons ID: @00000392224
CIRCUIT: 24-CI-01952 Return to Filer for Service
ALFORD, PINKIE VS. AMAZON SERVICES LLC ET AL



Page 1 of 1

*e*Filed

Filed 24-CI-01952 11/11/2024 Deanna Simcoe, Hardin Circuit Clerk


**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL DOCUMENT
06/12/2025 10:29:42 AM
TREY.SHOEMAKER@WILSONELSER

Date Produced: 11/11/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8386 4251 05. Our records indicate that this item was delivered on 11/08/2024 at 08:23 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:    C5430475.32875904

Filed 24-CI-01952 11/11/2024 Deanna Simcoe, Hardin Circuit Clerk

Filed          24-CI-01952    11/11/2024    Deanna Simcoe, Hardin Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER:  4204060192360901940383866425105
MAILING DATE:          11/04/2024
DELIVERED DATE:   11/08/2024
Custom 1: DriverId-9179244
Custom 2: PartyId-60725372
Custom 3: SummonsNum-@00000392225
Custom 4: CentralMailId-191017
Custom 5: Source County-HARDIN

NOT ORIGINAL DOCUMENT
06/12/2025 10:29:42 AM
TREY.SHOEMAKER@WILSONELSER

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| 11/04/2024 15:02 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 11/04/2024 16:23 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 11/05/2024 01:14 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 11/05/2024 02:29 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 11/06/2024 08:33 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 11/08/2024 05:16 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 11/08/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 11/08/2024 08:23 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COR : 000002 of 000002

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:18 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

PINKIE ALFORD                                                          PLAINTIFF

v.

AMAZON.COM SERVICES LLC d/b/a
AMAZON.COM, d/b/a AMAZON RETAIL LLC,
d/b/a AMAZON LOGISTICS SERVICES LLC,
d/b/a AMAZON OPERATIONS SERVICES LLC

and

UNKNOWN DEFENDANT                                          DEFENDANTS

## AMAZON'S ANSWER

Defendants, Amazon.com Services LLC d/b/a Amazon.com, d/b/a Amazon Retail LLC,

d/b/a Amazon Logistics Services LLC, d/b/a Amazon Operations Services LLC (hereafter,

collectively "Amazon"), for their Answer to Plaintiff, Pinkie Alford's (hereafter "Plaintiff"),

Complaint, state:

1.        Amazon is without information or knowledge sufficient to form a belief as to the

truth of the allegations contained in paragraph 1 of Plaintiff's Complaint, and therefore, denies

same.

2.        With regard to the allegations contained in paragraph 2 of Plaintiff's Complaint,

Amazon admits that Amazon.com Services, LLC, Amazon Retail, LLC, and Amazon Operations

Services US, LLC, all have their principal place of business located at 410 Terry Avenue North,

Seattle, WA 98109. Amazon affirmatively states that Amazon.com and Amazon Logistics Services,

LLC, are not legitimate Amazon entities. The remaining allegations contained in paragraph 2 of

ANS : 000001 of 000005

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:18 AM
TREY.SHOEMAKER@WILSONELSER

Plaintiff's Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Amazon denies same.

3.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Complaint, and therefore, denies same.

4.      The allegations contained in paragraphs 4 and 4 [sic 5] state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Amazon denies same.

5.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 5 [sic 6], and therefore, denies same.

6.      Upon information and belief, Amazon admits the allegations contained in paragraph 6 [sic 7] of Plaintiff's Complaint.

7.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 7 [sic 8], 8 [sic 9] and 9 [sic 10], and therefore, denies same.

8.      With regard to the allegations contained in paragraph 10 [sic 11] of Plaintiff's Complaint, no response is necessary of Amazon. To the extent that a response is required, Amazon denies same.

9.      The allegations contained in paragraphs 11 [sic 12], 12 [sic 13], 13 [sic 14], 14 [sic 15] and 15 [sic 16] of Plaintiff's Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Amazon denies same.

10.     With regard to the allegations contained in paragraph 16 [sic 17] of Plaintiff's Complaint, no response is necessary of Amazon. To the extent that a response is required, Amazon denies same.

ANS : 000002 of 000005

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:18 AM
TREY.SHOEMAKER@WILSONELSER

11.    Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 17 [sic 18], and therefore, denies same.

12.    The allegations contained in paragraph 18 [sic 19] state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Amazon denies same.

13.    Amazon denies the allegations contained in paragraphs 19 [sic 20] and 20 [sic 21] of Plaintiff's Complaint.

14.    The remainder of Plaintiff's Complaint constitutes a prayer for relief to which no response from Amazon is necessary. To the extent that a response is required, Amazon denies that Plaintiff is entitled to the relief requested as to the claims against Amazon.

15.    Any allegations not admitted herein are hereby denied.

## FIRST DEFENSE

All or part of Plaintiff's Complaint fails to state a claim upon which relief can be granted as to Amazon and should be dismissed.

## SECOND DEFENSE

All or part of Plaintiff's damages may have been caused or contributed to by the actions or inactions of third parties who are not parties to this action, and therefore, Plaintiff's right of recovery should be precluded or otherwise diminished by the fault of these third parties.

## THIRD DEFENSE

All or part of Plaintiff's damages may have been caused or contributed to by Plaintiff, and therefore, Plaintiff's right of recovery should be precluded and/or Plaintiff's recovery should be diminished by the extent of her wrongdoing.

ANS : 000003 of 000005

Filed        24-CI-01952    01/07/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:18 AM
TREY.SHOEMAKER@WILSONELSER

## FOURTH DEFENSE

Amazon pleads that any money Plaintiff recovers from any other source for alleged injuries and/or damages, if any, should be an offset to any judgment rendered against Amazon, if any.

## FIFTH DEFENSE

Plaintiff has an obligation to mitigate her damages. To the extent Plaintiff has not done so, this Defendant is entitled to a credit or setoff against any amount awarded to Plaintiff in the amount of the damages that could have been reasonably avoided by Plaintiff.

## SIXTH DEFENSE

Defendant states that the alleged condition was open and obvious, and/or known to Plaintiff, and such demonstrates comparative and/or contributory negligence, which is a complete or partial bar to Plaintiff's Complaint.

## SEVENTH DEFENSE

Defendant hereby reserves the right to raise additional affirmative defenses and to assert counterclaims and third party claims in the future.

**WHEREFORE**, for the foregoing reasons, Amazon respectfully requests the following relief:

1. Dismissal of Plaintiff's Complaint, with prejudice;

2. Amazon's costs herein expended, including a reasonable attorney's fee;

3. Trial by jury; and

4. Any and all other relief to which Amazon may reasonably appear to be entitled.

ANS : 000004 of 000005

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:18 AM
TREY.SHOEMAKER@WILSONELSER

Respectfully submitted,

/s/ J. Trey Shoemaker
Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
*Counsel for Amazon Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 7, 2025, I electronically filed the foregoing using the KY CourtNet 2.0 filing system. I also certify that on December 9, 2024, the foregoing document was served upon the following persons via KY CourtNet 2.0, electronic mail, and/or by U.S.P.S. postage prepaid.

Chad Graham
539 W. Market Street
Suite 300
Louisville, KY 40202
*Attorney for Plaintiff*

/s/ J. Trey Shoemaker
**J. Trey Shoemaker**
*Counsel for Amazon Defendants*

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:49 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

PINKIE ALFORD                                                    PLAINTIFF

v.

AMAZON.COM SERVICES LLC, et al.                          DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Defendants, Amazon.com Services LLC d/b/a Amazon.com, d/b/a Amazon Retail LLC,

d/b/a Amazon Logistics Services LLC, d/b/a Amazon Operations Services LLC (hereafter,

collectively "Amazon"), by counsel, and hereby provides notice that they have served their First

Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions upon

Plaintiff this the 15th day of January 2025 via electronic mail.

Respectfully submitted,

/s/ J. Trey Shoemaker
Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
*Counsel for Amazon Defendants*

NO : 000001 of 000002

Filed    24-CI-01952    01/15/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:30:49 AM
TREY.SHOEMAKER@WILSONELSER

## CERTIFICATE OF SERVICE

I certify that on January 15, 2025, the foregoing document was served upon the following persons via electronic mail, and/or by U.S.P.S. postage prepaid.

Chad Graham
539W. Market Street
Suite 300
Louisville, KY 40202
*Attorney for Plaintiff*

/s/ *J. Trey Shoemaker*
**J. Trey Shoemaker**
*Counsel for Amazon Defendants*

2

NO : 000002 of 000002

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

*\* Filed Electronically \**

PINKIE ALFORD                                                    PLAINTIFF

v.

AMAZON.COM SERVICES LLC, et al.                      DEFENDANTS

### NOTICE OF HEARING

Please take notice that the following Motion to Compel Plaintiff's Discovery Responses will come for hearing before the Hardin County Circuit Court, Division III, Tuesday, April 29, 2025, at 8:30 a.m. (EST) or as soon thereafter as instructed by the Court.

### MOTION TO COMPEL PLAINTIFF, PINKIE ALFORD'S DISCOVERY RESPONSES

Defendants, Amazon.com Services LLC d/b/a Amazon.com, d/b/a Amazon Retail LLC, d/b/a Amazon Logistics Services LLC, d/b/a Amazon Operations Services LLC (hereafter, collectively "Amazon"), by counsel, for their Motion to Compel the Written Discovery Responses of Plaintiff, Pinkie Alford, states as follows:

### PROCEDURAL HISTORY

1.      This action was commenced by Plaintiff, Pinkie Alford by filing the Complaint on November 2, 2024. *See* Complaint filed by Plaintiff on 11/02/2024.

2.      On January 7, 2025, Amazon filed its Answer to the Complaint. *See* Answer filed by Amazon on 01/07/2025.

3.      On January 15, 2025, Amazon served counsel for Plaintiff, Pinkie Alford with Interrogatories, Requests for Production of Documents, and Requests for Admissions in accordance with the Kentucky Rules of Civil Procedure. *See* Amazon's Notice of Service of

COM : 000001 of 000030

Filed    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Discovery Requests filed on 01/15/2025; *See also*, Correspondence between T. Shoemaker/L. Rust and C. Graham on 01/15/2025 attached as **EXHIBIT A**.

4.      On March 4, 2025, undersigned counsel sent an email to counsel for Plaintiff, Pinkie Alford requesting an updated status on when her discovery responses would be received and has made other attempts since then to follow up in order to avoid court intervention. (*See* emails, attached collectively as **EXHIBIT B**.)

5.      To date, Amazon has not received responses to any of the Interrogatories, Requests for Production of Documents, or Requests for Admissions propounded to Plaintiff, Pinkie Alford on January 15, 2025. Thus, this Motion to Compel is necessary.

6.      Undersigned counsel for Amazon certifies that it has made multiple good faith efforts, as noted in the preceding paragraphs, to resolve the discovery disputes prior to the filing of this Motion to Compel. Amazon respectfully seeks an Order compelling Plaintiff to produce verified and complete discovery responses within seven (7) days upon entry of this Order.

**WHEREFORE**, based on the forgoing, Plaintiff, Pinkie Alford should be compelled to provide her responses to the Interrogatories, Requests for Production of Documents, and Requests for Admissions propounded by Amazon, by a date certain, together with such other and further relief this Court deems just and proper.

COM : 000002 of 000030

311167124v.2

Filed    311167124v.2    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Respectfully submitted,

/s/ J. Trey Shoemaker
Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
Counsel for Amazon Defendants

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025, I electronically filed the foregoing using the KY CourtNet 2.0 filing system. I also certify that on April 21, 2025, the foregoing document was served upon the following persons via electronic mail, and/or by U.S.P.S. postage prepaid.

Chad Graham
539W. Market Street
Suite 300
Louisville, KY 40202
Attorney for Plaintiff

/s/ J. Trey Shoemaker
**J. Trey Shoemaker**
Counsel for Amazon Defendants

3

Filed   24-CI-01952   04/21/2025   Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

# EXHIBIT A

COM : 000004 of 000030

Filed    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Alford v. Amazon.com Services LLC



Brashear, Brittany
To  ○ chad@glawky.com; ● Shoemaker, Trey; ● Gaddis Rust, Lynsie
Cc  ○ Quintana, Nancy E.

⟲ Reply  ⟲ Reply All  → Forward  🗐  ···
Wed 1/15/2025 2:49 PM

| 📄 Defs NOS 1st Ints-RFPD.pdf 108 KB | ▾ | 📄 P Alford Disc Req from Amazon.doc 70 KB | ▾ | 📄 P Alford Disc Req from Amazon.pdf 172 KB | ▾ |

Good afternoon, Counsel:

Please find Defendant Amazon's Notice of service that was filed today and Amazon's interrogatories, request for production of documents, request for admission. No paper copy will follow unless requested.

Best Regards,

Brittany Brashear
Office Assistant
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.7852 (Direct)
502.238.8500 (Main)
502.238.7844 (Fax)
brittany.brashear@wilsonelser.com

Filed    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

Filed    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

PINKIE ALFORD                                                    PLAINTIFF

v.

AMAZON.COM SERVICES LLC, et al.                     DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Defendants, Amazon.com Services LLC d/b/a Amazon.com, d/b/a Amazon Retail LLC, d/b/a Amazon Logistics Services LLC, d/b/a Amazon Operations Services LLC (hereafter, collectively "Amazon"), by counsel, and hereby provides notice that they have served their First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions upon Plaintiff this the 15th day of January 2025 via electronic mail.

Respectfully submitted,

/s/ J. Trey Shoemaker
Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
*Counsel for Amazon Defendants*

Filed    306975747v.1    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

Filed        24-CI-01952        04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## CERTIFICATE OF SERVICE

I certify that on January 15, 2025, the foregoing document was served upon the following persons via electronic mail, and/or by U.S.P.S. postage prepaid.

Chad Graham
539W. Market Street
Suite 300
Louisville, KY 40202
*Attorney for Plaintiff*

/s/ *J. Trey Shoemaker*
**J. Trey Shoemaker**
*Counsel for Amazon Defendants*

2

COM : 000007 of 000030

Filed          24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

PINKIE ALFORD                                                          PLAINTIFF

v.

AMAZON.COM SERVICES LLC, et al.                         DEFENDANTS

### AMAZON'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSION PROPOUNDED TO PLAINTIFF

Defendants, Amazon.com Services LLC d/b/a Amazon.com, d/b/a Amazon Retail LLC, d/b/a Amazon Logistics Services LLC, d/b/a Amazon Operations Services LLC (hereafter, collectively "Amazon"), pursuant to Rules 33 and 34 of the Kentucky Rules of Civil Procedure, propounds the following Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff, Pinkie Alford ("Plaintiff"), to be answered under oath within thirty (30) days from date of service and returned to undersigned counsel. These Interrogatories and Requests for Production are deemed to be continuing in nature, and should Plaintiff learn of the existence or whereabouts of additional information requested herein, Plaintiff shall supplement the response hereto accordingly.

### DEFINITIONS

1.      The words "you" and "your" mean Pinkie Alford and her attorneys and agents where appropriate in this discovery request.

2.      An Interrogatory asking you to "state in detail," "explain in detail," or "state specifically" seeks disclosure of each fact, circumstance, condition, and thing known to you about the subject of the Interrogatory containing the phrase, as of the date of the Interrogatories were answered.

COM : 000008 of 000030

1

Filed    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## INSTRUCTIONS

1.    Where appropriate in these discovery requests, the singular form of a word shall be interpreted as plural.

2.    Wherever appropriate in these discovery requests, "and" as well as "or" shall be construed either disjunctively or conjunctively, as necessary to bring under the scope of these Interrogatories any information which might otherwise be construed to be outside of their scope.

3.    When an Interrogatory requires you to <u>describe</u> or <u>identify</u> any <u>natural person</u>, it is intended that the answer shall identify:

(a)    full name;

(b)    present or last known home address and telephone number; or

(c)    present or last known business and telephone number.

4.    When an Interrogatory requires you to <u>describe</u> or <u>identify</u> any <u>person other than a natural person</u>, it is intended that the answer shall identify:

(a)    full name;

(b)    nature or type of entity; or

(c)    present or last known business address and telephone number.

5.    In answering each Interrogatory, the answers should identify each document which supports, refers to, or evidences the subject matter of the Interrogatory or which is relied upon to form a basis of the answer given, or which in any way corroborates the answer given or the substance of the answer given.  Every document to be so identified may be produced for inspection in lieu of such identification.

COM : 000009 of 000030

2

Filed          24-CI-01952      04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## INTERROGATORIES

**INTERROGATORY NO. 1:**  Please state your current full name, any other name you had or had been known by, address, date of birth, residence, social security number, business address and occupation.

**ANSWER:**


**INTERROGATORY NO. 2:**  If you or your representatives have either made or obtained any reports or statements, written or oral, from any defendant or other individuals and in connection with the subject incident, please give the name, phone number and address of the person making such statement or report; name address and phone number of the person who took the statement or report; the date of the statement or report; and a description of the contents of the statement or report.  For purposes of this interrogatory, a statement is (1) any written statement signed or otherwise adopted or approved by the person making it, or (2) a stenographic, mechanical, electrical or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

**ANSWER:**


**INTERROGATORY NO. 3:**  Have you ever been involved in any other legal action/lawsuit, either as a plaintiff or as a defendant, and if so, please state the date and place said action was filed, giving the names of the parties involved, the docket number and the attorneys involved, together with a description of the nature of the action and the outcome of the action.

COM : 000010 of 000030

Filed   306302766v.1       24-CI-01952       04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

Filed        24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

**ANSWER:**

**INTERROGATORY NO. 4:**  State whether you have ever been arrested, convicted and/or cited for any violation of the law, and if so, state the date, place, charge, and disposition.

**ANSWER:**

**INTERROGATORY NO. 5:**  State the name and address of any hospitals, doctors, psychologists, or mental health professionals who examined or treated you during the last ten (10) years, and for each person listed, give the following information:

    a.     Dates on which you were seen;

    b.     Nature of illness or injury requiring treatment; and

    c.     The treatment performed.

**ANSWER:**

**INTERROGATORY NO. 6:**  Please identify any and all infirmities and disabilities which you had prior to the incident in question, including any trouble or disorders relating to your heart, musculoskeletal system, nerves, nervous system, high blood pressure, diabetes, ulcers, sprains, or strain on any part of your body, and identify your doctors, healthcare providers and hospitals, as well as the dates and types of treatment received, including all surgeries.

**ANSWER:**

**INTERROGATORY NO. 7:**  Please list and identify all sources of recovery you have made from any collateral sources for all items of special damages you are claiming resulted from

4

COM : 000011 of 000030

Filed          24-CI-01952          04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

this incident, and for each source of recovery, please list the following:

    a. The name, address, and telephone number of provider (insurance, Medicaid/Medicare, or other), claim number, bill paid, name of payee and amount paid.

    b. Whether any bill was submitted to two or more sources of recovery for payment and whether two or more payments were made, identifying each such bill by providers, amounts of bill and amount paid by each provider.

    **ANSWER:**


**INTERROGATORY NO. 8:** Please state whether you have ever made a claim of any nature against anyone for personal injury or illness, including any claims for workers' compensation benefits and, if so, please describe the claim(s), including, but not limited to:

    a. The name and address of the person(s), firms, or corporations against whom each claim was made.

    b. The name and address of each insurance carrier involved.

    c. The nature and extent of each injury or illness for which damages were claimed.

    d. The amount of damages awarded in each or, if any claim was settled, the amount of each settlement.

    e. The case style, court and case number of any suit filed.

    **ANSWER:**


**INTERROGATORY NO. 9:** Please list the names, addresses and telephone numbers of all persons having knowledge of any discoverable matter.

    **ANSWER:**

COM : 000012 of 000030

Filed    306302766v.1        24-CI-01952        04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

Filed    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

**INTERROGATORY NO. 10:**  Please state what relevant factual knowledge you believe the persons listed above in Interrogatory No. 9 possess regarding the events referenced in your Complaint.

**ANSWER:**


**INTERROGATORY NO. 11:**  Please list and identify all exhibits or items of tangible evidence you may introduce at trial.

**ANSWER:**


**INTERROGATORY NO. 12:**  Please list the name and address of each person you anticipate testifying at the trial of this matter.

**ANSWER:**


**INTERROGATORY NO. 13:**  Please list the full name and address of any person whom you may call as an expert witness at the trial of this action, the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the grounds for each opinion expected to be expressed by such expert.  Please attach a copy of any report, including factual observations and opinions, which has been prepared by any such expert.

**ANSWER:**


**INTERROGATORY NO. 14:**  Please identify any investigative reports, photographs, written or otherwise recorded statements relating to the subject incident and subsequent

6

Filed  306302766v.1    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

Filed          24-CI-01952          04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

investigation of said incident, relating to this case in any way, or any of the facts or circumstances upon which your allegations are based.

**ANSWER:**

**INTERROGATORY NO. 15:**  Do you, your attorney, or your agents have any photographs, including videotapes, of the scene of any of the subject incident, the area involved, the persons involved or your injuries?  If so, please identify each and every photograph by description, and identify the names and addresses of the person making same, and the names and addresses of the persons having the custody of the prints and negatives.

**ANSWER:**

**INTERROGATORY NO. 16:**  State the name and address of any and all places of your employment, including any businesses owned or operated by you in the past ten years, including the following:

    a.      Brief description of the job/position; and

    b.      Income derived from each job/position for each of the ten (10) years preceding the incident.

**ANSWER:**

**INTERROGATORY NO. 17:**  Pursuant to CR 8.01(2), please provide an itemized list of any and all damages you intend to seek at the trial of this matter.

**ANSWER:**

COM : 000014 of 000030

Filed  306302766v.1          24-CI-01952          04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

Filed          24-CI-01952          04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

**INTERROGATORY NO. 18:**          In the last seven years, have you been a member of, attended, or visited a gym, yoga studio, or any other exercise facility? If so, please identify the location and facility, what exercise or activity you did there, and the dates you went, visited, or attended.

**ANSWER:**

**INTERROGATORY NO. 19:**          Describe in detail all injuries (including scars or disfigurements) you allegedly sustained as a result of the Incident.

**ANSWER:**

**INTERROGATORY NO. 20:**          Describe the medical treatment you received as a result of the injuries that you claim that you sustained as a result of the Incident. For each such physician, osteopath, chiropractor, or other health care provider who has treated you for any injuries claimed as a result of the Incident, state:

        (a)          The name, address, and type of practitioner;

        (b)          The date and description of any and all treatments;

        (c)          The injury or condition for which you were seen;

        (d)          The date of your release from treatment.

**ANSWER:**

**INTERROGATORY NO. 21:**          Do you have a primary care physician?  If so, please provide his/her name, business address and the last date you received treatment from the physician, including in your response whether you ever saw your family physician for the

Filed   306302766v.1          24-CI-01952          04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

COM : 000015 of 000030

Filed          24-CI-01952        04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

injuries from this Incident.

**ANSWER:**

**INTERROGATORY NO. 22:**      Are you presently being treated for an injury,
complaint or ailment caused by the Incident set out in the Complaint?  If so, please state:

      (a)     The name and address of the attending physician;

      (b)     The time and place of the last treatment, examination or consultation;

      (c)     The injury, complaint or ailment that is being treated;

      (d)     Will such treatment continue in the future?

            1.     If so, please state the estimated duration of such treatment; and

            2.     The estimated frequency of such treatment.

**ANSWER:**

**INTERROGATORY NO. 23:**      Have you injured yourself in any way *since* the
Incident? If yes, please describe the injury and identify the treatment you received for that injury
and by whom you were treated.

**ANSWER:**

**INTERROGATORY NO. 24:**      State in itemized form all lost income or earnings
and power to labor and earn money that you are claiming in this action, and which resulted from
the injuries to you in the Incident.  In addition, explain in detail the basis for your claim by
stating the wage rate used, the hours of work assumed, the days of work and remaining work life
assumed and the basis for those assumptions.

COM : 000016 of 000030

9

Filed          24-CI-01952      04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

**ANSWER:**

**INTERROGATORY NO. 25:**    Did you or anyone on your behalf speak with any Defendant (named or unnamed) when the incident occurred, or any time since that date? If yes, please identify the date on which the communication occurred, who was involved in the communication, and what was said.

**ANSWER**:

**INTERROGATORY NO. 26**:    Please give a detailed account of your activity during the twenty-four (24) hours preceding the Incident, including but not limited the name(s) of any bars or restaurants visited, the number of drinks consumed, any medications and/or drugs (both prescribed or recreational) consumed during this period.

**ANSWER:**

**INTERROGATORY NO. 27**:    Please give a detailed account of how the Unknown Defendant failed to "ensure that he opened the door safely with regard to persons walking nearby" and failing to "observe the presence of other persons around him in the way of the locker door" as indicated in your Complaint.

**ANSWER:**

**INTERROGATORY NO. 28**:    Please state whether or not you ever saw the Unknown Defendant while at or near the Amazon lockers prior to being struck by the locker door and any evasive actions you took to give the Unknown Defendant space to access the

10

Filed   306302766v.1       24-CI-01952      04/21/2025          Deanna Simcoe, Hardin Circuit Clerk

Filed                24-CI-01952      04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Amazon lockers. If no evasive action was taken, please explain.

**ANSWER:**


**INTERROGATORY NO. 29**:     Please state whether you had any impairments to
your vision on the date the incident occurred, what said impairments are, and whether you were
wearing any corrective lenses.

**ANSWER:**


**INTERROGATORY NO. 30:**  Do you agree to timely supplement the answers you
have given herein pursuant to the Civil Rules of Procedure should you learn of additional
responsive information?

**ANSWER:**

COM : 000018 of 000030

Filed  306302766v.1      24-CI-01952      04/21/2025              Deanna Simcoe, Hardin Circuit Clerk

Filed          24-CI-01952     04/21/2025     Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## REQUESTS FOR PRODUCTION

Amazon herein further requests that you produce the following documents within thirty (30) days of receipt:

**REQUEST NO. 1:**  Please produce copies of any and all reports, medical records, bills or any other documents supporting your claim for damages.

**RESPONSE:**

**REQUEST NO. 2:**  Please execute the attached Medical Information Release Authorization and Employment Authorization.

**RESPONSE:**

**REQUEST NO. 3:**  If you have any photographs identified in your answers to the above interrogatories, please produce copies of all such photographs.

**RESPONSE:**

**REQUEST NO. 4:**  Please produce any and all written statements and/or documents within your control that you have given relating to the events which form the basis for this litigation.

**RESPONSE:**

**REQUEST NO. 5:**  Please produce copies of every exhibit that you intend to use at trial, either in your case-in-chief or during cross-examination.

**RESPONSE:**

COM : 000019 of 000030

Filed  306302766v.1     24-CI-01952     04/21/2025     Deanna Simcoe, Hardin Circuit Clerk

Filed            24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

**REQUEST NO. 6:**  Please produce a copy of any and all of your tax records for the past five years.

**RESPONSE:**

**REQUEST NO. 7:**  Please produce a copy of any and all other documents that support your Answers to Interrogatories and all allegations in your Complaint.

**RESPONSE:**

COM : 000020 of 000030

Filed   306302766v.1        24-CI-01952    04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## REQUESTS FOR ADMISSIONS

Amazon herein further request according to Kentucky Rule of Civil Procedure 36, that you answer the following Requests for Admissions within thirty (30) days of receipt. The answers are to be signed by the person making them, and any objections signed by the attorney making them.

**REQUEST NO. 1**: Admit that Plaintiff intends to seek from Defendants at trial a sum in excess of $75,000.00, exclusive of costs and interests, for the claims asserted in this action.

**RESPONSE**:

Respectfully submitted,

/s/ J. Trey Shoemaker
Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
*Counsel for Amazon Defendants*

COM : 000021 of 000030

Filed        24-CI-01952        04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## CERTIFICATE OF SERVICE

I certify that on January 15, 2025, the foregoing document was served upon the following persons via electronic mail, and/or by U.S.P.S. postage prepaid.

Chad Graham
539W. Market Street
Suite 300
Louisville, KY 40202
*Attorney for Plaintiff*


/s/ *J. Trey Shoemaker*
**J. Trey Shoemaker**
*Counsel for Amazon Defendants*

Filed   306302766v.1        24-CI-01952        04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

COM : 000022 of 000030

Filed          24-CI-01952    04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## AUTHORIZATION TO RELEASE PROTECTED
## HEALTH CARE INFORMATION

TO:

Pursuant to the Health Insurance Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR §164.508, the above-named healthcare provider is hereby authorized to release to Wilson Elser Moskowitz Edelman & Dicker LLP, or any of its representatives, including Second Image National, underlined all medical and billing records, including but not limited to progress notes, emergency room records, operative records, in-patient records, out-patient records and films of x-rays, MRIs, or PET scans, mental health, psychiatric (other than psychotherapy notes which must be requested by separate authorization), chemical dependency and HIV-related records concerning any medical treatment that **Pinkie Alford** (SSN_____), has received from you or at your institution. A photostatic copy hereof shall be as valid as the original authorization. The cost of same to be charged to Wilson Elser Moskowitz Edelman & Dicker LLP.

The purpose of this authorization and request is to obtain medical records pertaining to **Pinkie Alford's** mental and physical condition, which may be relevant as it pertains to certain personal injury litigation. This authorization expires three years from the date of the patient's signature. The aforementioned expiration date has not passed.

**Pinkie Alford** has the right to revoke this authorization in writing by providing a signed, written notice of revocation to the above-named healthcare provider and Wilson Elser Moskowitz Edelman & Dicker LLP.

The above-named healthcare provider may not condition treatment or payment on whether the above-listed patient executes this authorization. The information disclosed pursuant to this authorization may be subject to re-disclosure and no longer protected by the privacy regulations promulgated pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

_____
**PINKIE ALFORD**

**PATIENT SS#:** _____

**PATIENT Date of Birth:** _____

**Date of Signature:** _____

COM : 000023 of 000030

16

Filed        24-CI-01952      04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

## **EMPLOYMENT AUTHORIZATION**

TO WHOM IT MAY CONCERN:

I, Pinkie Alford, (SSN _____ and DOB _____), authorize and request that any firm, company, corporation or individual with whom I have been employed furnish and release to the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, 100 Mallard Creek Road, Suite 250, Louisville, KY 40207, any and all information which may be requested regarding employment, including but not limited to, all personnel records, payroll records, attendance records, insurance records, and medical records.

Please rely on this authorization and request without limitation.  A photocopy of this authorization shall be deemed binding as the original.

This _____ day of _____, 2025.

_____
**PINKIE ALFORD**


STATE OF _____)

COUNTY OF _____)

SUBSCRIBED AND SWORN to before me by Pinkie Alford in my County and State this _____, ____2025.

_____
Notary Public

My Commission Expires:_____

COM : 000024 of 000030

Filed        24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

# EXHIBIT B

COM : 000025 of 000030

Filed        24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Re: Alford v. Amazon.com Services LLC





Mon 4/7/2025 1:51 PM

**EXTERNAL EMAIL** This email originated from outside the organization.

I am so sorry about the delay. Pinkie and I spoke a second ago and she is almost done.
Sent from my iPhone

On Mar 26, 2025, at 4:11 PM, Chad Graham <chad@glawky.com> wrote:

Oh man I am so sorry. Yeah I will get this done before next week. I spoke to PInkie a little while ago.
Chad Graham, Esq.
539 W. Market Street
Suite 300
Louisville, KY 40202
(502) 438-7671
<u>Confidential Communication</u>: This email transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. sec. 2510-2521 and is legally privileged, confidential and protected from disclosure. This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law.

On Wed, Mar 26, 2025 at 3:06 PM Gaddis Rust, Lynsie <Lynsie.Rust@wilsonelser.com> wrote:

Hi, Chad.

Our client is getting antsy to keep this one moving. I am going to have to file a Motion to Compel if we do not get these responses in the next week.

Thanks!

Lynsie

COM : 000026 of 000030

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Lynsie Gaddis Rust
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.7846 (Direct)
502.238.8500 (Main)
502.238.7844 (Fax)
lynsie.rust@wilsonelser.com

**From:** Gaddis Rust, Lynsie
**Sent:** Tuesday, March 4, 2025 1:55 PM
**To:** 'Chad Graham' <chad@glawky.com>
**Cc:** Shoemaker, Trey <Trey.Shoemaker@WilsonElser.com>; Quintana, Nancy E.
<Nancy.Quintana@wilsonelser.com>; Comer, Sherrie <Sherrie.Comer@wilsonelser.com>
**Subject:** RE: Alford v. Amazon.com Services LLC


Thanks, Chad.


**From:** Chad Graham <chad@glawky.com>
**Sent:** Tuesday, March 4, 2025 1:53 PM
**To:** Gaddis Rust, Lynsie <Lynsie.Rust@wilsonelser.com>
**Cc:** Shoemaker, Trey <Trey.Shoemaker@WilsonElser.com>; Quintana, Nancy E.
<Nancy.Quintana@wilsonelser.com>; Comer, Sherrie <Sherrie.Comer@wilsonelser.com>
**Subject:** Re: Alford v. Amazon.com Services LLC


> **EXTERNAL EMAIL** This email originated from outside the organization.


Oh yeah thanks for reaching out. I just learned her Workmans case has finally resolved. I'll try to get with her this week on those

Sent from my iPhone

COM - 000027 of 000030

Filed                24-CI-01952      04/21/2025      Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:54:47 AM
TREY.SHOEMAKER@WILSONELSER

On Mar 4, 2025, at 12:34 PM, Gaddis Rust, Lynsie <Lynsie.Rust@wilsonelser.com> wrote:

Chad,

We served discovery requests to Ms. Alford in this one on 1/15 – see below and attached.

Wanted to follow up on the responses – when can we expect them?

Also – we are having problems locating any evidence of this incident or which independent contractor would have been in the Ross's that day. Can you ask Ms. Alford if her employer filled out an incident report and whether she knows which DSP (Delivery Service Provider) comes to her store?

Thanks,

Lynsie


Lynsie Gaddis Rust
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.7846 (Direct)
502.238.8500 (Main)
502.238.7844 (Fax)
lynsie.rust@wilsonelser.com


**From:** Brashear, Brittany <Brittany.Brashear@wilsonelser.com>
**Sent:** Wednesday, January 15, 2025 2:49 PM
**To:** chad@glawky.com; Shoemaker, Trey <Trey.Shoemaker@WilsonElser.com>; Gaddis Rust, Lynsie <Lynsie.Rust@wilsonelser.com>
**Cc:** Quintana, Nancy E. <Nancy.Quintana@wilsonelser.com>
**Subject:** Alford v. Amazon.com Services LLC

COM - 000028 of 000030

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

Good afternoon, Counsel:

Please find Defendant Amazon's Notice of service that was filed today and Amazon's interrogatories, request for production of documents, request for admission. No paper copy will follow unless requested.

Best Regards,

Brittany Brashear
Office Assistant
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.7852 (Direct)
502.238.8500 (Main)
502.238.7844 (Fax)
brittany.brashear@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

COM : 000029 of 000030

Filed          24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:31:47 AM
TREY.SHOEMAKER@WILSONELSER

&lt;Defs NOS 1st Ints-RFPD.pdf&gt;

&lt;P Alford Disc Req from Amazon.doc&gt;

&lt;P Alford Disc Req from Amazon.pdf&gt;


IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

COM : 000030 of 000030

Tendered        24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:32:17 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

*Filed Electronically*

PINKIE ALFORD                                                PLAINTIFF

v.

AMAZON.COM SERVICES LLC, et al.                         DEFENDANTS

## ORDER COMPELLING PLAINTIFF, PINKIE ALFORD TO RESPOND TO AMAZON'S DISCOVERY REQUESTS

This matter came to be heard upon the Amazon Defendants' Motion to Compel Plaintiff, Pinkie Alford's Discovery Responses under Kentucky Rule of Civil Procedure 37. This Court being sufficiently advised, and having heard oral arguments, this Court finds as follows:

**IT IS HEREBY ORDERED** that the Amazon Defendants' Motion to Compel Plaintiff, Pinkie Alford's Discovery Responses is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff, Pinkie Alford has up to and until the _____ day of _____, 2025, to provide her responses to Interrogatories, Requests for Production, and Requests for Admissions propounded by Amazon.

**IT IS SO ORDERED.**

**The _____ day of _____, 2025.**

_____
JUDGE, HARDIN CIRCUIT COURT
DIVISION III

TD : 000001 of 000002

Tendered          24-CI-01952     04/21/2025   Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:32:17 AM
TREY.SHOEMAKER@WILSONELSER

**CLERK'S SERVICE:**

Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
*Counsel for Amazon Defendants*

Chad Graham
539W. Market Street
Suite 300
Louisville, KY 40202
chad@glawky.com
*Attorney for Plaintiff*

TD : 000002 of 000002

Tendered  34167341v.1     24-CI-01952     04/21/2025        Deanna Simcoe, Hardin Circuit Clerk

Tendered    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:32:58 AM
TREY.SHOEMAKER@WILSONELSER

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CASE NO. 24-CI-01952

*\* Filed Electronically \**

PINKIE ALFORD                                                           PLAINTIFF

v.

AMAZON.COM SERVICES LLC, et al.                              DEFENDANTS

## ORDER COMPELLING PLAINTIFF, PINKIE ALFORD TO RESPOND TO AMAZON'S DISCOVERY REQUESTS

This matter came to be heard upon the Amazon Defendants' Motion to Compel Plaintiff, Pinkie Alford's Discovery Responses under Kentucky Rule of Civil Procedure 37. This Court being sufficiently advised, and having heard oral arguments, this Court finds as follows:

**IT IS HEREBY ORDERED** that the Amazon Defendants' Motion to Compel Plaintiff, Pinkie Alford's Discovery Responses is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff, Pinkie Alford has up to and until the _____ day of _____, 2025, to provide her responses to Interrogatories, Requests for Production, and Requests for Admissions propounded by Amazon.

**IT IS SO ORDERED.**

**The _____ day of _____, 2025.**

_____
JUDGE, HARDIN CIRCUIT COURT
DIVISION III

Tendered 341167341v.1    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

Tendered    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
06/12/2025 10:32:58 AM
TREY.SHOEMAKER@WILSONELSER

**CLERK'S SERVICE:**

Lynsie Gaddis Rust
J. Trey Shoemaker
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
Email: trey.shoemaker@wilsonelser.com
*Counsel for Amazon Defendants*

Chad Graham
539W. Market Street
Suite 300
Louisville, KY 40202
chad@glawky.com
*Attorney for Plaintiff*

TD : 000002 of 000002

Tendered    341167341v.1    24-CI-01952    04/21/2025    Deanna Simcoe, Hardin Circuit Clerk