UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL CASE NUMBER 3:25-CV-00352-RGJ

PINKIE ALFORD                                                                                       PLAINTIFF

v.

AMAZON.COM SERVICES, LLC, ET AL                                                DEFENDANTS

## ORDER

Upon review of this matter, the Court concludes that recusal in this case is required.

Having been previously referred to the undersigned for resolution of all litigation planning issues, a scheduling conference, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues, [DN 9], the undersigned judge hereby recuses himself from this matter and this case is returned to the docket of Judge Rebecca Gray Jennings for reassignment to a new magistrate judge.

November 5, 2025

Lanny King, Magistrate Judge
United States District Court